# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 14-1160**  **September Term, 2013**

NLRB-20CA081478
NLRB-20CA081477
NLRB-20CA072776
NLRB-20CA080437
NLRB-20CA083330

Filed On: August 29, 2014 [1510014]

Modern Management Services, LLC, doing business as The Modern Honolulu,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

# O R D E R

The petition for review in this case was filed and docketed on August 27, 2014, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 29, 2014 |
| Docketing Statement Form | September 29, 2014 |
| Procedural motions, if any | September 29, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 29, 2014 |
| Statement of Issues to be Raised | September 29, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | September 29, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | October 14, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1160**  September Term, 2013

It is

    **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---:|
| Entry of Appearance Form | September 29, 2014 |
| Procedural motions, if any | September 29, 2014 |
| Certified Index to the Record | October 14, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | October 14, 2014 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
John J. Accursio
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases