# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 14-1160 | September Term, 2014 |
| | NLRB-20CA081478 |
| | NLRB-20CA081477 |
| | NLRB-20CA072776 |
| | NLRB-20CA080437 |
| | NLRB-20CA083330 |
| | Filed On: December 5, 2014 [1525707] |

Modern Management Services, LLC, doing business as The Modern Honolulu,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 14-1184

**O R D E R**

    Upon consideration of petitioner's consent motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | January 14, 2015 |
| Respondent's Brief | February 13, 2015 |
| Petitioner's Reply Brief | February 27, 2015 |
| Deferred Appendix | March 6, 2015 |
| Final Briefs | March 20, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk